| Information to identify the case: | | |
|---|---|---|
| Debtor | A&R Exchange Holding, LLC<br>Name | EIN: 86–3988389 |
| United States Bankruptcy Court | Northern District of Texas | Date case filed for chapter: 7   3/6/25 |
| Case number: | 25–40815–mxm7 | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | A&R Exchange Holding, LLC | |
| 2. **All other names used in the last 8 years** | dba 1505 Exchange Apartments | |
| 3. **Address** | 1501 Hall Johnson Rd #1802<br>Colleyville, TX 76034 | |
| 4. **Debtor's attorney**<br>Name and address | Warren V. Norred<br>Norred Law PLLC<br>515 E. Border Street<br>Arlington, TX 76010 | Contact phone 817–704–3984<br><br>Email: warren@norredlaw.com |
| 5. **Bankruptcy trustee**<br>Name and address | John Dee Spicer<br>Suite 560, Founders Square<br>900 Jackson Street<br>Dallas, TX 75202–4425 | Contact phone (214) 573–7331 |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 501 W. Tenth Street<br>Fort Worth, TX 76102 | Hours open:<br>Mon.–Fri. 8:30–4:30<br><br>Contact phone 817–333–6000<br><br>Date: 3/6/25 |
| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **April 8, 2025 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 707 056 0340, and Passcode 2104473206, OR call 1–469–397–0792**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc |
| 8. **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships)  **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 25-40815-mxm |
| A&R Exchange Holding, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 06, 2025 | Form ID: 309C | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | A&R Exchange Holding, LLC, 1501 Hall Johnson Rd #1802, Colleyville, TX 76034-2373 |
| 21611732 | + | 360 Apartment Renovations LLC, 5473 Blair Rd. Ste. 100 - PMB 47372, Dallas, TX 75231-4227 |
| 21611733 | + | A&R Multifamily, LLC, 1501 Hall Johnson Road #1802, Colleyville, TX 76034-2373 |
| 21611734 | + | A-1 Image, 1819 Firman Drive Suite 121, Richardson, TX 75081-1842 |
| 21611737 | + | APEX Renovation and Construction, 12900 Valley Branch Lane Ste 406, Farmers Branch, TX 75234-6709 |
| 21611735 | + | Answer360 Telecommunications LLC, 2625 8th Avenue,, Fort Worth, TX 76110-3039 |
| 21611736 | + | Apartment List, Inc, PO Box 737097, Dallas, TX 75373-7097 |
| 21611740 | + | BG Personnel LP, PO Box 660282, Dallas, TX 75266-0282 |
| 21611743 | + | BROWN PRUITT WAMBSGANSS DEAN FORMAN & MOORE, P.C., 600 N. Carroll Avenue Suite 100, Southlake, TX 76092-6496 |
| 21611741 | + | Blue Moon, 500 W. 16th Street Suite 100, Austin, TX 78701-1536 |
| 21611742 | | Bodie Correll, 5935 E. 106th Place, Belton, TX 76513 |
| 21611749 | + | CUA Pools, 2717 N Elm Street, Denton, TX 76201-8813 |
| 21611747 | | Consumer Health Division, 818 Missouri Ave #154, Ft Worth, TX 76104-3618 |
| 21611748 | + | Creative Construction Concepts LLC, 5709 Moss Creek Court, Dallas, TX 75252-2382 |
| 21611750 | + | D&W Remodeling LLC, 401 Edwards Street Suite 830 #561, Shreveport, LA 71101-5528 |
| 21611751 | + | Daniel Bodeker, 2661 E 38th Street, Tulsa, OK 74105-8206 |
| 21611752 | + | Duncan Simpson, Esq., 4113 Willims Court, Grapevine, TX 76051-6588 |
| 21611753 | + | Goldmed Inc, 5935 East 106th Place, Tulsa, OK 74137-7083 |
| 21611755 | + | Guardian Construction, 1800 Trinity Valley Drive, Carrollton, TX 75006-6509 |
| 21611756 | | H2O Plumbing & Hot Water Systems Inc., PO Box 941265, Plano, TX 75094-1265 |
| 21611757 | + | Handytrac Systems,LLC, 510 Staghorn Court, Alpharetta, GA 30004-0737 |
| 21611758 | + | HappyCo, Inc., PO Box 102082, Pasadena, TX 91189-0082 |
| 21611760 | + | Higier Allen & Lautin, P.C., 2095 Highway 211 NW 2F334, Braselton, GA 30517-3402 |
| 21611761 | + | Impact Floors of Texas LLC, 2325 E. Beltline Road 200, Carrollton, TX 75006-5538 |
| 21611763 | + | J National Contractors, 2095 Highway 211 NW 2F334, Braselton, GA 30517-3402 |
| 21611764 | + | Logic Contractor Services, P.O. Box 117823, Carrollton, TX 75011-7823 |
| 21611765 | #+ | Lone Star Apartment Services LLC, 1500 N Main St. Suite 120, Fort Worth, TX 76164-8929 |
| 21611766 | + | Luis Rivera dba Rivera & Co., c/o Attorney Brad W. Gaswirth, 4851 LBJ Freeway Suite 301, Dallas, TX 75244-6052 |
| 21611767 | + | Myan Management Group, LLC, 520 Silicon Dr. Suite 110, Southlake, TX 76092-2001 |
| 21611768 | #+ | Rentable, PO Box 7640, Madison, WI 53707-7640 |
| 21611769 | + | Republic Services, #853, P.O. Box 78829, Pheonix, AZ 85062-8829 |
| 21611771 | + | SMBC Capital Markets, Inc., 277 Park Avenue, New York, NY 10172-0003 |
| 21611770 | + | Scratch Investments, LLC, 1901 Plaza District Drive, Edmond, OK 73034-3531 |
| 21611772 | + | Sun City Landscaping Inc., PO Box 59171, Dallas, TX 75229-1171 |
| 21611774 | + | TX Surveillance, 3816 Berkshire Court, Bedford, TX 76021-3003 |
| 21611773 | + | Tres Palm Supply, LLC, 4225 Gannon Lane, Dallas, TX 75237-2914 |
| 21611778 | + | WayFinder Home Service LLC, 10643 Wessex Dr., Dallas, TX 75217-7947 |
| 21611779 | + | Zillow, Inc., P.O. Box 737412, Dallas, TX 75373-7412 |

TOTAL: 38

| District/off: 0539-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 06, 2025 | Form ID: 309C | Total Noticed: 50 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: warren@norredlaw.com | Mar 06 2025 21:33:00 | Warren V. Norred, Norred Law PLLC, 515 E. Border Street, Arlington, TX 76010 |
| tr | + EDI: FJDSPICER | Mar 07 2025 02:30:00 | John Dee Spicer, Suite 560, Founders Square, 900 Jackson Street, Dallas, TX 75202-4404 |
| 21611738 | Email/Text: bcd@oag.texas.gov | Mar 06 2025 21:33:00 | Attorney General, Texas Attorney General's Ofc, Bankruptcy-Collection Div, Po Box 12548, Austin, TX 78711-2548 |
| 21611739 | ^ MEBN | Mar 06 2025 21:28:50 | Attorney General of the United States, Office of the Attorney General, Main Justice Building, Room 5111, 10th & Constitution Avenue, N.W., Washington, DC 20530-0001 |
| 21611744 | + Email/Text: allison.brandstetter@chadwellsupply.com | Mar 06 2025 21:34:00 | CHADWELL SUPPLY, INC., 4907 Joanne Kearney Blvd, Tampa, FL 33619-8603 |
| 21611746 | + Email/Text: payments@conservice.com | Mar 06 2025 21:34:00 | ConService LLC, P.O. Box 4696, Logan, UT 84323-4696 |
| 21611759 | ^ MEBN | Mar 06 2025 21:29:09 | Hd Supply Facilities Maintenance , LTD, P.O Box 509058, San Diego, CA 92150-9058 |
| 21611762 | EDI: IRS.COM | Mar 07 2025 02:27:00 | Internal Revenue Service, Special Procedures-Insolvency, Po Box 7346, Philadelphia, PA 19101-7346 |
| 21611745 | Email/Text: pacer@cpa.state.tx.us | Mar 06 2025 21:34:00 | Comptroller of Public Accounts, State Comptroller of Public Accounts, Revenue Accounting Division-Bankruptycy, Po Box 13528, Austin, TX 78711-3528 |
| 21611775 | Email/Text: txulec09@vistraenergy.com | Mar 06 2025 21:34:00 | TXU Energy, P.O. Box 650638, Dallas, TX 75265-0638 |
| 21611776 | Email/Text: USATXE.Bankruptcy-tyler@usdoj.gov | Mar 06 2025 21:33:00 | United States Attorney, Office of the United States Attorney, 110 North College Ave. 700, Tyler, TX 75702-0204 |
| 21611777 | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Mar 06 2025 21:34:00 | United States Trustee, Office of the United States Trustee, 110 North College Ave. 300, Tyler, TX 75702-7231 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 21611754 | ##+ | Greenforest Termite & Pest Control, Inc., 2611 N Beltline Road #150, Sunnyvale,, TX 75182-9357 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0539-4 User: admin Page 3 of 3
Date Rcvd: Mar 06, 2025 Form ID: 309C Total Noticed: 50

Date: Mar 08, 2025 Signature: /s/Gustava Winters