IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | § | |
|---|---|---|
| *In re:* | § | |
| | § | Case No. 25-40815-mxm7 |
| A&R EXCHANGE HOLDING, LLC., | § | |
| | § | Chapter 7 |
| *Debtor.* | § | |
| | § | |

# NOTICE OF APPEARANCE UNDER RULE 9010(b) AND REQUEST FOR ALL COPIES UNDER BANKRUPTCY RULE 2002(a)-(h) AND PLEADINGS UNDER BANKRUPTCY RULE 3017(a)

PLEASE TAKE NOTICE that Christopher L. Harbin of the firm of Platt Richmond PLLC, hereby enter the appearance as counsel to Holcomb Smith Development LLC dba Guardian Construction, creditor in the above-referenced bankruptcy proceeding, and request as follows:

1. The undersigned counsel request that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon the following:

PLATT RICHMOND PLLC
1201 N. Riverfront Blvd., Suite 100
Dallas, Texas 75207
Telephone: (214) 559-2700
Facsimile: (214) 559-4390
Email: charbin@plattrichmond.com

2. This request encompasses all notices, copies and pleadings referred to in Section 1109(6) of Title 11, United States Code, or in Rules 2002, 3017, or 9007 of the Bankruptcy Rules, including without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings or Requests, Applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivered,

telephone, telegraph, telex or otherwise which affects or seeks to affect the above case.

Dated: March 11, 2025

Respectfully submitted,

**PLATT RICHMOND PLLC**

By: */s/ Christopher L. Harbin*

**Christopher L. Harbin**
State Bar No. 24083134
charbin@plattrichmond.com
1201 N. Riverfront Blvd., Suite 100
Dallas, TX 75207
214.559.2700 Main
214.559.4390 Fax

*Counsel to Creditor,*
**HOLCOMB SMITH DEVELOPMENT LLC
DBA GUARDIAN CONSTRUCTION**

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2025, a true and correct copy of the foregoing document was served electronically upon all parties receiving notice by the Court's ECF system.

By: */s/ Christopher L. Harbin*
CHRISTOPHER L HARBIN