Stephen A. Cumbie
Assistant City Attorney
City of Fort Worth
City Attorney's Office
100 Fort Worth Trail
Fort Worth, Texas 76102
(817) 392-7600
(817) 392-8359 facsimile

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| A&R EXCHANGE HOLDING, LLC | § | CASE NO. 25-40815 |
| | § | |
| DEBTOR | § | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**City of Fort Worth**

creditor in the above-referenced proceedings. The undersigned requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the creditor in care of the undersigned at the address set forth below.

Respectfully Submitted,

*/s/ Stephen A. Cumbie*
Stephen A. Cumbie
State Bar No. 24056724
Assistant City Attorney

City of Fort Worth
100 Fort Worth Trail
Fort Worth, Texas 76102
(817) 392-7600
(817) 392-8359 (fax)
Stephen.Cumbie@fortworthtexas.gov

## CERTIFICATE OF SERVICE

I do hereby certify that on the  19TH  day of March 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Bankruptcy Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following as service of this document by electronic means:

Warren V. Norred
Norred Law PLLC
515 E. Border Street
Arlington, TX 76010
(817) 704-3984

John Dee Spicer
Suite 560, Founders Square
900 Jackson Street
Dallas, TX 75202-4425
(214) 573-7331

*/s/ Stephen A. Cumbie*
Stephen A. Cumbie