Gary S. Kessler, Texas State Bar No. 11358200
Samuel C. Kessler, Texas State Bar No. 24118431
John D. Janicek, Texas State Bar No. 24125635
Kessler Collins, PC | 500 N. Akard Street, Suite 3700 | Dallas, Texas 75201
Telephone: 214.379.0722 | gkessler@kesslercollins.com
Co-Counsel for Myan Management Group, LLC

United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| In re: A&R Exchange Holding, LLC, and A&R Woodlands Holding, LLC,<br><br>Debtors. | Case No. 25-40815-mxm7<br>Case No. 25-40816-mxm7<br>Chapter 7 Cases |
|---|---|

**MYAN MANAGEMENT GROUP, LLC'S
<u>NOTICE OF APPEARANCE OF COUNSEL</u>**

Please take notice that the undersigned counsel hereby enters an appearance on behalf of Myan Management Group, LLC ("Myan") in addition to the current counsel of record. The undersigned hereby requests notice and copies of all motions, notices, reports, briefs, applications, discovery, proposed orders, confirmed copies of orders, and any other documents or instruments filed in the above-referenced proceedings.

Respectfully submitted,

**KESSLER COLLINS, P.C.**

By: /s/ *Gary S. Kessler*
GARY S. KESSLER
State Bar No. 11358200
gkessler@kesslercollins.com
SAMUEL C. KESSLER
State Bar No. 24118431
skessler@kesslercollins.com
JOHN DAVID JANICEK
State Bar No. 24125636
jdj@kesslercollins.com

500 N. Akard St., Suite 3700
Dallas, Texas 75201
214.379.0722 Telephone
214.373.4714 Facsimile

**CO-COUNSEL FOR MYAN MANAGEMENT
GROUP, LLC**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has been served through the electronic filing system on all counsel of record on this 7th day of April, 2025 in accordance with the Federal Rules of Civil Procedure.

*/s/ JD Janicek*
JOHN D. JANICEK