BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
A&R Exchange Holding, LLC § Case No.: 25−40815−mxm7
 § Chapter No.: 7
 Debtor(s) §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED: 12/18/25  FOR THE COURT:
 Stephen J Manz, Clerk of Court

 by: /s/T. Stevens, Deputy Clerk